# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:03CR27-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ANTON "TONY" MARSHALL | ) | |

**THIS MATTER** came on for hearing before the undersigned on January 30, 2006, on the Defendant's motion for a hearing on restitution filed July 11, 2005.

The Defendant was not present but was represented by counsel and the United States Attorney represented the interests of the Government. Defendant's counsel requested that, because the Defendant was not made available for the hearing (he is currently incarcerated serving the active sentence imposed herein), the hearing be continued until such time as the Defendant could be transported from his place of incarceration by the Government. The Court granted the request.

**IT IS, THEREFORE, ORDERED** that this matter is hereby rescheduled for hearing on **MONDAY, APRIL 3, 2006, AT 9:00 AM, IN STATESVILLE, NORTH CAROLINA**.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after the proceeding. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for this hearing.

The Clerk of Court is directed to send copies of this Order to the Defendant, his counsel, the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: February 1, 2006

Lacy H. Thornburg
United States District Judge